NUMBER 13-00-628-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


JULIAN DANIEL BASALDU
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, JULIAN DANIEL BASALDU, perfected an appeal from a
judgment entered by the 105th District Court of Nueces County, Texas, 
in cause number 99-CR-3269-D. Appellant has filed a motion to
withdraw notice of appeal and dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to withdraw notice of appeal and dismiss the appeal,
is of the opinion that appellant's motion to withdraw notice of appeal
and dismiss the appeal should be granted. Appellant's motion to
withdraw notice of appeal and dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of November, 2000.